# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA   30903 | (706)849-4400 |

## NOTICE of FILING DEFICIENCY

To:  James J. Swartz , Jr.,      Date: 9/6/2024
Case: 1:24-CV-158     Party: Kirkland Financial, LLC

Your Motion for Leave to Appear *Pro Hac Vice*, filed on behalf of , Paul Krog ,

on 09/06/2024 , is deficient in the area(s) checked below:

[ ] No actions required (Informative Only)   or   [x] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

[ ] 1. You did not include a Certificate of Good Standing demonstrating your membership in the bar of another federal district court.
[x] 2. You did not provide a list of all cases in which counsel has appeared before this court. If this is your first appearance, please provide that information.
[ ] 3. You did not designate a member of this court's bar who shall stand as local counsel.
[ ] 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
[ ] 5. You did not submit the appropriate filing fee.

After 2 days a notice of noncompliance will be submitted to a judicial officer.

For more information - Please contact: Tara H. Burton (706) 849-4407

Deputy Clerk