# BILL OF COSTS

CHANCERY COURT
Sumner County, Tennessee

Per PJK, Bill Under 114-**2**

TO: Bulso PLC
155 Franklin Rd, St 400
Brentwood, TN 37027

DATE: 9/6/24

Peak Asset Mgmt, LLC

VS. Kirkland Financial, LLC

Docket No. 23CV-158

| | |
|---|---|
| State tax | |
| County tax | |
| Clerk & Master (Sumner County) | |
| Sheriff | |
| Special Officer | |
| SUBTOTAL | |
| Certification | 5.00 |
| 1.00 per page @ 71 pages | 71.00 |
| | |
| TOTAL | $ 76.00 |

**Please make payable to:**
**MARK T. SMITH**
**Clerk and Master**
**100 Public Square, Room 401**
**Gallatin, TN 37066**

**OUR OFFICE ONLY ACCEPTS CASH, CASHIERS CHECKS OR MONEY ORDER. DEBIT/CREDIT CARDS ARE ACCEPTED WITH A 3% FEE ADDED**

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 132670
**Date:** Thursday, October 1, 2026 3:27:46 PM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Friday, September 6, 2024 1:05 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 132670

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 132670 |
| **Court Name:** | DeKalb County Superior Court - Civil |
| **Document Type:** | DeKalb Superior Court Civil Document - Cases Filed on January 1, 2011 or later |
| **Copy Type:** | Certified |
| **Payment Date:** | 9/6/2024 2:05 PM |
| **Payment Method:** | Credit Card ending in 9860 |
| **Final Cost:** | $19.15 |

**Authentication Code:** YPZL2-XNVR9-MAQU

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 32 | $16.00 |
| CC Processing Fee | $0.65 | 1 | $0.65 |
| **Invoice Total** | | | **$19.15** |

| | | |
|---|---|---|
| Phone Support: 1-800-304-5174 | Email Support: help@gsccca.org | Web: eCert.gsccca.org |

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Cc:** application.notify@gsccca.org
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Thursday, September 12, 2024 2:22:15 PM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 9/12/2024 3:22:06 PM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 134656
**Date:** Thursday, October 1, 2026 11:09:47 AM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Thursday, September 12, 2024 2:00 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 134656

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 134656 |
| **Court Name:** | DeKalb County Superior Court - Civil |
| **Document Type:** | DeKalb Superior Court Civil Document - Cases Filed on January 1, 2011 or later |
| **Copy Type:** | Certified |
| **Payment Date:** | 9/12/2024 3:00 PM |
| **Payment Method:** | Credit Card ending in 9860 |
| **Final Cost:** | $4.66 |

**Authentication Code:** UFMKN-2U6SY-TXGD

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 4 | $2.00 |
| CC Processing Fee | $0.16 | 1 | $0.16 |
| **Invoice Total** | | | **$4.66** |

Phone Support: 1-800-304-5174 Email Support: help@gsccca.org Web: eCert.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Credit Card Transaction Notification
**Date:** Thursday, September 12, 2024 11:46:59 PM

---

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $2.50
- Date and Time: 9/13/2024 12:46:47 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Wednesday, October 8, 2025 9:23:04 PM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 10/8/2025 10:22:54 PM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

| | |
|---|---|
| **From:** | billing@gsccca.org |
| **To:** | Paul J. Krog |
| **Subject:** | GSCCCA Credit Card Transaction Notification |
| **Date:** | Thursday, October 9, 2025 11:46:01 PM |

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- Account Number: 908582
- Amount: $2.50
- Date and Time: 10/10/2025 12:45:48 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 252994
**Date:** Thursday, October 1, 2026 11:09:32 AM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Friday, October 10, 2025 3:00 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 252994

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 252994 |
| **Court Name:** | Richmond County Superior Court - Real Estate |
| **Document Type:** | Richmond Superior Court Real Estate Documents |
| **Copy Type:** | Certified |
| **Payment Date:** | 10/10/2025 4:00 PM |
| **Payment Method:** | Credit Card ending in 9845 |
| **Final Cost:** | $3.10 |
| **Authentication Code:** | PXBU2-Q1KAK-4GSU |

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 1 | $0.50 |
| CC Processing Fee | $0.10 | 1 | $0.10 |
| **Invoice Total** | | | **$3.10** |

| | | |
|---|---|---|
| Phone Support: 1-800-304-5174 | Email Support: help@gsccca.org | Web: eCert.gsccca.org |

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Monday, October 13, 2025 10:25:15 AM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 10/13/2025 11:25:00 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Credit Card Transaction Notification
**Date:** Monday, October 13, 2025 11:46:11 PM

---

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- Account Number: 908582
- Amount: $4.50
- Date and Time: 10/14/2025 12:45:59 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.