# Bulso PLC
## Time and Expense Details

| Client | Matter No. | Name | Matter Name |
|---|---|---|---|
| 0114 | 0002 | Kirkland Financial LLC | WFG National Title Insurance |

| Date | Time-keeper | Narrative | Hrs | Rate | | Amount |
|---|---|---|---|---|---|---|
| 8/12/2024 | PJK | Review subrogation complaint. Exchange emails with Mr. Head about same. Telephone conversation with counsel for WFG. Exchange additional emails on same topic. | 0.40 | 450 | $ | 180.00 |
| 8/26/2024 | PJK | Exchange emails concerning status of second case. | 0.10 | 450 | $ | 45.00 |
| 8/27/2024 | PJK | Research issues related to viability of insurer's claim. | 2.40 | 450 | $ | 1,080.00 |
| 8/28/2024 | PJK | Research and draft memorandum to WNG attorney concerning bar to its subrogation claim. | 5.40 | 450 | $ | 2,430.00 |
| 8/29/2024 | PJK | Compose email concerning potential local counsel in Southern District of Georgia. | 0.20 | 450 | $ | 90.00 |
| 8/30/2024 | PJK | Work on removal papers. | 2.30 | 450 | $ | 1,035.00 |
| 8/30/2024 | PJK | Review Georgia limitations periods. Exchange emails about potential local counsel in S.D. Georgia. Compose email to Mr. Head with update. | 1.80 | 450 | $ | 810.00 |
| 9/3/2024 | PJK | Work on preparing removal papers. | 2.20 | 450 | $ | 990.00 |
| 9/3/2024 | PJK | Research issues related to Macy Kirkland citizenship. Exchange emails with Mr. Gregory. | 0.80 | 450 | $ | 360.00 |
| 9/4/2024 | PJK | Work on motion to dismiss. | 5.50 | 450 | $ | 2,475.00 |
| 9/5/2024 | PJK | Work on motion to dismiss. | 6.50 | 450 | $ | 2,925.00 |
| 9/6/2024 | PJK | Exchange emails with Seyfarth concerning removal papers. | 0.20 | 450 | $ | 90.00 |
| 9/6/2024 | PJK | Work on drafting and researching motion to dismiss. | 5.00 | 450 | $ | 2,250.00 |
| 9/7/2024 | PJK | Work on drafting and researching motion to dismiss. | 2.80 | 450 | $ | 1,260.00 |
| 9/9/2024 | PJK | Work on drafting and researching motion to dismiss. | 4.00 | 450 | $ | 1,800.00 |
| 9/10/2024 | PJK | Work on drafting and researching motion to dismiss. | 5.50 | 450 | $ | 2,475.00 |
| 9/11/2024 | PJK | Research issues related to standing and voluntary payment for motion to dismiss. | 1.30 | 450 | $ | 585.00 |
| 9/11/2024 | PJK | Work on drafting and researching motion to dismiss. | 7.80 | 450 | $ | 3,510.00 |
| 9/12/2024 | PJK | Work on researching and drafting motion to dismiss. | 4.50 | 450 | $ | 2,025.00 |
| 9/16/2024 | PJK | Work on researching and drafting motion to dismiss. | 3.60 | 450 | $ | 1,620.00 |
| 9/16/2024 | PJK | Compose email to Mr. Head with update on case status. | 0.10 | 450 | $ | 45.00 |
| 9/20/2024 | PJK | Review case law concerning accrual of indemnification claims. Compose email to Mr. Head. | 0.50 | 450 | $ | 225.00 |
| 9/24/2024 | PJK | Exchange emails with Mr. Head. Make initial review of case law concerning breach of anti-assignment warranty. | 0.20 | 450 | $ | 90.00 |
| 9/25/2024 | PJK | Make final review of, and file, motion to dismiss. | 1.10 | 450 | $ | 495.00 |
| 10/4/2024 | NJB | Continue research into whether WFG is allowed to sue Kirkland under Georgia law. | 7.70 | 250 | $ | 1,925.00 |
| 10/8/2024 | PJK | Exchange emails concerning Rule 26(f) conference. Review local rules concerning discovery deadlines, initial disclosures, and discovery plans. Compose update email with requests concerning initial disclosures and discovery plan to Mr. Head. | 0.50 | 450 | $ | 225.00 |
| 10/9/2024 | NWT | Review and analyze the response to the motion to dismiss. Research precedent in support of the reply memorandum. | 2.10 | 250 | $ | 525.00 |
| 10/9/2024 | PJK | Exchange emails concerning Rule 26(f) conference and discovery plan. Conduct Rule 26(f) conference and prepare redline of draft Rule 26(f) report. Exchange emails with Mr. Head. | 0.80 | 450 | $ | 360.00 |
| 10/10/2024 | NWT | Research precedent in support of the reply brief for the motion to dismiss. | 1.60 | 250 | $ | 400.00 |
| 10/10/2024 | PJK | Review and annotate WFG's response to 12(b)(6) motion. Participate in zoom call with Mr. Head. Place telephone call to Clerk's office concerning Local Rule 7.6. Prepare and file LR 7.6 notice of intent to reply. | 0.80 | 450 | $ | 360.00 |
| 10/10/2024 | PJK | Work on research for reply brief. | 1.40 | 450 | $ | 630.00 |
| 10/11/2024 | NJB | Begin follow-up research on related technical issues at Paul's request. | 0.90 | 250 | $ | 225.00 |
| 10/11/2024 | NWT | Draft and edit the reply in support of the motion to dismiss. Research relevant precedent and authority in support of the same. | 4.50 | 250 | $ | 1,125.00 |
| 10/14/2024 | NJB | Work on follow-up research on my memo about subrogation. | 8.10 | 250 | $ | 2,025.00 |
| 10/14/2024 | PJK | Exchange emails concerning Rule 26(f) statement. | 0.10 | 450 | $ | 45.00 |
| 10/15/2024 | NJB | Continue my follow-up research on the subrogation issue | 0.90 | 250 | $ | 225.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2024 | NJB | Continue my follow-up research on the subrogation issue, searching for case law demonstrating recovery for a subrogation action under a similar clause. | 2.30 | 250 | $ | 575.00 |
| 10/17/2024 | NJB | Finalize follow-up research on the subrogation issue and draft a memo describing the results. | 5.10 | 250 | $ | 1,275.00 |
| 10/17/2024 | NWT | Email with Mr. Krog regarding the reply in support of the motion to dismiss. | 0.40 | 250 | $ | 100.00 |
| 10/21/2024 | NWT | Research relevant precedent and authority regarding the reply in support of the motion to dismiss. Draft and edit the argument section of the same. | 7.90 | 250 | $ | 1,975.00 |
| 10/21/2024 | PJK | Work on researching and drafting reply on motion to dismiss. | 4.00 | 450 | $ | 1,800.00 |
| 10/22/2024 | PJK | Work on drafting and researching reply memo. | 3.80 | 450 | $ | 1,710.00 |
| 10/23/2024 | NWT | Research precedent in support of the reply brief for the motion to dismiss. | 2.30 | 250 | $ | 575.00 |
| 10/23/2024 | PJK | Work on researching and drafting reply memorandum. | 5.50 | 450 | $ | 2,475.00 |
| 9/26/2025 | NJB | Research statement of facts requirement under the local rules for 12(b)(6) motions converted to summary judgment. | 1.50 | 250 | $ | 375.00 |
| 9/26/2025 | PJK | Review order from court. Compose email to Mr. Head concerning same. | 0.40 | 475 | $ | 190.00 |
| 10/2/2025 | PJK | Telephone conversation with Mr. Head. | 0.20 | 475 | $ | 95.00 |
| 10/8/2025 | PJK | Exchange emails with opposing counsel concerning summary-judgment schedule. | 0.10 | 475 | $ | 47.50 |
| 10/8/2025 | PJK | Prepare statement of undisputed material facts. | 1.60 | 475 | $ | 760.00 |
| 10/13/2025 | PJK | Work on reviewing documents for potential inclusion in notice of filing. Draft and email declaration for Mr. Head. Revise statement of facts. | 1.20 | 475 | $ | 570.00 |
| 10/14/2025 | PJK | Finalize and file statement of material facts. | 0.20 | 475 | $ | 95.00 |
| 11/3/2025 | PJK | Work on response to summary-judgment-related papers filed by WFG. | 3.10 | 475 | $ | 1,472.50 |
| 11/4/2025 | NWT | Prepare the response to the plaintiff's Rule 56(d) motion. Research relevant authority and review relevant parts of the record in support of the same. | 4.30 | 300 | $ | 1,290.00 |
| 11/5/2025 | NWT | Draft and edit the response to WFG's Rule 56(d) motion. Research relevant authority in support of the same. | 5.00 | 300 | $ | 1,500.00 |
| 11/6/2025 | NWT | Draft and edit the response to the WFG's Rule 56(d) motion. Research relevant authority in support of the same. | 3.50 | 300 | $ | 1,050.00 |
| 11/10/2025 | PJK | Work on summary-judgment reply papers. | 3.20 | 475 | $ | 1,520.00 |
| 11/11/2025 | NWT | Revise and edit the response to WFG's Rule 56(d) motion. | 0.80 | 300 | $ | 240.00 |
| 11/13/2025 | PJK | Finish drafting and researching reply papers on motion for summary judgment. | 7.80 | 475 | $ | 3,705.00 |
| 11/14/2025 | PJK | Finalize and file summary-judgment-reply papers. | 1.20 | 475 | $ | 570.00 |
| 9/14/2026 | PJK | Review case law for supplemental authority. Compose notice of filing supplemental authority. | 2.60 | 475 | $ | 1,235.00 |
| 9/24/2026 | NWT | Review the order on the motion to dismiss. | 0.20 | 300 | $ | 60.00 |
| 9/24/2026 | PJK | Review court's memorandum opinion. Compose update email to Mr. Head. | 0.30 | 475 | $ | 142.50 |
| 9/28/2026 | NWT | Draft and edit the motion for an award of attorney's fees. Research authority and review the record in support of the same. Conference with Mr. Krog regarding the same. | 6.00 | 300 | $ | 1,800.00 |
| 9/29/2026 | NWT | Draft and edit the motion for an award of attorney's fees. Research authority in support of the same. | 2.20 | 300 | $ | 660.00 |
| 9/30/2026 | NWT | Draft and edit the motion for an award of attorney's fees. Research authority in support of the same. | 3.40 | 300 | $ | 1,020.00 |
| 9/30/2026 | PJK | Work on attorney's fee and costs issue. | 2.30 | 475 | $ | 1,092.50 |
| 10/1/2026 | NWT | Draft and edit the motion for an award of attorney's fees. Research authority in support of the same. Prepare the declaration in support of the fees motion. Conference with Mr. Krog regarding the fees motion papers. | 6.00 | 300 | $ | 1,800.00 |
| 10/2/2026 | NWT | Revise and edit the motion for an award of attorney's fees and supporting papers. | 1.00 | 300 | $ | 300.00 |
| | | **Totals:** | 183.00 | | $ | 69,035.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 8/31/2024 | Online Research | $90.79 |
| 9/4/2026 | Certificate of Good Standing (Paul J. Krog) | $21.00 |
| 9/12/2024 | Certified Public Records (Sumner Cnty. Ch. Ct., No. 23CV-158) | $76.00 |
| 9/23/2024 | Certified Public Records (Ga. Sup. Ct. Clerks' Coop. Auth.) | $31.31 |
| 9/27/2024 | Road Runner Delivery Invoice No. BULSO 15-702 (CoGS for PJK) | $34.16 |
| 9/30/2024 | Online Research | $596.85 |
| 10/31/2024 | Online Research | $426.77 |
| 12/31/2024 | Online research | $29.10 |
| 4/25/2025 | Professional Services - Seyfarth Invoice No. 50154580 | $1,911.00 |
| 11/25/2025 | Certified Public Records (Ga. Sup. Ct. Clerks' Coop. Auth.) | $20.10 |
| 11/30/2025 | Online Research | $346.44 |
| | **Total:** | $ 3,583.52 |

Timekeeper Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Krog, Paul J. | | | **$ 47,990.00** |
| | 81.10 | 450 | $ 36,495.00 |
| | 24.20 | 475 | $ 11,495.00 |
| Tsiouvaras, Niko W. | | | **$ 14,420.00** |
| | 18.80 | 250 | $ 4,700.00 |
| | 32.40 | 300 | $ 9,720.00 |
| Bartlett, Nicholas J. | 26.50 | 250 | **$ 6,625.00** |