**BULSO, PLC**
155 FRANKLIN RD STE 400
BRENTWOOD, TN 37027-4693

1024

87-2/640 TN
90022

Date 9/4/2024

Pay To The Order Of Clerk of Court, Middle District of Tennessee $ 21.00

Twenty-one & 00/100 Dollars

Photo Safe Deposit® Details on back

BANK OF AMERICA

ACH R/T 064000020

For certificate of good standing Paul Krog

Paul Krog

MP

⑈001024⑈ ⑆064000020⑆ 444028576392⑈

# BILL OF COSTS

CHANCERY COURT
Sumner County, Tennessee

Per PJK, Bill Under 114-**2**

TO: Bulso PLC
155 Franklin Rd, St 400
Brentwood, TN 37027

DATE: 9/6/24

Peak Asset Mgmt, LLC

VS. Kirkland Financial, LLC

Docket No. 23CV-158

| | |
|---|---|
| State tax | |
| County tax | |
| Clerk & Master (Sumner County) | |
| Sheriff | |
| Special Officer | |
| SUBTOTAL | |
| Certification | 5.00 |
| 1.00 per page @ 71 pages | 71.00 |
| | |
| TOTAL | $ 76.00 |

**Please make payable to:**
**MARK T. SMITH**
**Clerk and Master**
**100 Public Square, Room 401**
**Gallatin, TN 37066**

**OUR OFFICE ONLY ACCEPTS CASH, CASHIERS CHECKS OR MONEY ORDER. DEBIT/CREDIT CARDS ARE ACCEPTED WITH A 3% FEE ADDED**

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 132670
**Date:** Thursday, October 1, 2026 3:27:46 PM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Friday, September 6, 2024 1:05 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 132670

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 132670 |
| **Court Name:** | DeKalb County Superior Court - Civil |
| **Document Type:** | DeKalb Superior Court Civil Document - Cases Filed on January 1, 2011 or later |
| **Copy Type:** | Certified |
| **Payment Date:** | 9/6/2024 2:05 PM |
| **Payment Method:** | Credit Card ending in 9860 |
| **Final Cost:** | $19.15 |

**Authentication Code:** YPZL2-XNVR9-MAQU

**Payment Details**

| **Item** | **Unit Price** | **Qty** | **Item Price** |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 32 | $16.00 |
| CC Processing Fee | $0.65 | 1 | $0.65 |
| **Invoice Total** | | | **$19.15** |

| | | |
|---|---|---|
| Phone Support: 1-800-304-5174 | Email Support: help@gsccca.org | Web: eCert.gsccca.org |

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Cc:** application.notify@gsccca.org
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Thursday, September 12, 2024 2:22:15 PM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 9/12/2024 3:22:06 PM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 134656
**Date:** Thursday, October 1, 2026 11:09:47 AM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Thursday, September 12, 2024 2:00 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 134656

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 134656 |
| **Court Name:** | DeKalb County Superior Court - Civil |
| **Document Type:** | DeKalb Superior Court Civil Document - Cases Filed on January 1, 2011 or later |
| **Copy Type:** | Certified |
| **Payment Date:** | 9/12/2024 3:00 PM |
| **Payment Method:** | Credit Card ending in 9860 |
| **Final Cost:** | $4.66 |

**Authentication Code:** UFMKN-2U6SY-TXGD

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 4 | $2.00 |
| CC Processing Fee | $0.16 | 1 | $0.16 |
| **Invoice Total** | | | **$4.66** |

Phone Support: 1-800-304-5174 | Email Support: help@gsccca.org | Web: eCert.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Credit Card Transaction Notification
**Date:** Thursday, September 12, 2024 11:46:59 PM

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $2.50
- Date and Time: 9/13/2024 12:46:47 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

*INVOICE*

| | |
|---|---|
| Current Charges | $34.16 |
| Invoice No. | BULSO 15-702 |
| Acct. No. | BULSO 15 |
| Invoice Date | 09/25/24 |
| Page | 1 |
| Amount Paid | |

**Remit Payments with this stub to:**
Road Runner Delivery
830 Fesslers Parkway
Suite 109
Nashville, TN 37210
615-244-9035

Bulso PLC
Accounts Payable
155 Franklin Rd
Ste 400
Brentwood, TN 37027

------✂cut and return with payment------

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| 09/04/24 | 74.090424<br>mikayla prince<br>114-2 | Bulso PLC<br>155 Franklin Rd Ste 400<br>Brentwood, TN 37027-5250<br>Pcs:0 Wt:0.00 | US District<br>719 Church Street Ste 1300<br>Nashville, TN 37203-3980<br>Jermey 13:02 | $30.50<br>Non-Urgent<br>Car | Tot Surcharges:$3.66<br>Fuel Surcharge[3.66] | $34.16 |

| | |
|---|---|
| Invoice No. | BULSO 15-702 |
| Acct. No. | BULSO 15 |
| Period Ending | 09/15/24 |
| Page | 1 |

| | |
|---|---|
| Current Charges | $34.16 |

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** October 31, 2024

**INVOICE NUMBER:** 50154580
**CLIENT MATTER:** 121196.000002 / 008421

Kirkland Financial LLC
c/o Paul J. Krogg
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027

Attn: Paul Krogg

**WFG National Title Insurance Company Lawsuit**

For legal services rendered through September 30, 2024

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/05/24 | C. Williams | 0.70 | 220.50 | Electronic filing and service of Notice of Filing and Notice of Filing Notice of Removal and supporting materials with the Clerk's of Court. |
| 09/05/24 | C. Williams | 0.90 | 283.50 | Final review and revised preparation of Notice of Removal for attorney review. |
| 09/05/24 | C. Williams | 0.60 | 189.00 | Detailed review and compile supporting exhibits to the Notice of Removal. |
| 09/05/24 | C. Williams | 0.50 | 157.50 | Draft Notice of Filing Notice of Removal for attorney review. |
| 09/05/24 | C. Williams | 0.40 | 126.00 | Final preparation of application for admission pro hac vice for filing with the Clerk of Court. |
| 09/05/24 | J. Swartz | 0.30 | 210.00 | Review all filings related to removal from Richmond County Superior Court to US District S.D. Florida. |
| 09/06/24 | C. Williams | 0.50 | 157.50 | Prepare draft civil cover sheet for attorney review to file in support of the Notice of Removal to Federal Court. |
| 09/06/24 | C. Williams | 0.40 | 126.00 | Final preparation and electronic filing of application for admission pro hac vice on behalf of attorney P. Krog. |
| 09/06/24 | C. Williams | 0.30 | 94.50 | Prepare and electronically file and serve amended civil cover sheet. |
| 09/11/24 | C. Williams | 0.30 | 94.50 | Final preparation and electronic service and filing of Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Proposed Order. |
| 09/11/24 | C. Williams | 0.50 | 157.50 | Prepare draft Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and Proposed Order for attorney review. |

**INVOICE DATE:** October 31, 2024
**INVOICE NUMBER:** 50154580
**CLIENT MATTER:** 121196.000002

**Seyfarth Shaw LLP**

| Date | Timekeeper | Hours | Value | Description |
|---|---|---|---|---|
| 09/25/24 | C. Williams | 0.30 | 94.50 | Final review, preparation and electronic filing and service of Disclosure Statement of Parties and Intervenors. |

**Total Hours** **5.70**

**Total Fees** **$1,911.00**

**TIMEKEEPER SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Swartz | - | 0.30 | hours at | $700.00 | per hour = | $210.00 |
| C. Williams | - | 5.40 | hours at | $315.00 | per hour = | $1,701.00 |

**Total Fees and Disbursements This Statement** **$1,911.00**

Seyfarth

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
Federal ID 36-2152202
www.seyfarth.com

**INVOICE DATE:** October 31, 2024

**INVOICE NUMBER:** 50154580
**CLIENT MATTER:** 121196.000002
**WFG National Title Insurance Company Lawsuit**

Kirkland Financial LLC
c/o Paul J. Krogg
Bulso PLC
155 Franklin Road
Suite 400
Brentwood, TN 37027

Attn: Paul Krogg

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,911.00 |
| Total Disbursements | $0.00 |
| Total Fees and Disbursements This Statement | $1,911.00 |

Please return this copy with your payment. If you pay via wire/ACH, kindly reference your client name & invoice # and/or forward your remittance advice to wirepayments@seyfarth.com

**Payment By Check Via Standard Mail:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**Payment By Check Via Overnight Mail:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**Payment By Wire To:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 005201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

Bills are due and payable upon receipt. This statement does not include expenses not yet received by this office, which might have been incurred during the period covered by this billing.

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Wednesday, October 8, 2025 9:23:04 PM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 10/8/2025 10:22:54 PM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Credit Card Transaction Notification
**Date:** Thursday, October 9, 2025 11:46:01 PM

---

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- Account Number: 908582
- Amount: $2.50
- Date and Time: 10/10/2025 12:45:48 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

**From:** Mikayla Prince
**To:** Elizabeth Clements
**Subject:** Fw: GSCCCA eCertification Request PAYMENT RECEIPT : 252994
**Date:** Thursday, October 1, 2026 11:09:32 AM

---

**From:** noreply@gsccca.org <noreply@gsccca.org>
**Sent:** Friday, October 10, 2025 3:00 PM
**To:** Mikayla Prince <mprince@bulso.com>
**Subject:** GSCCCA eCertification Request PAYMENT RECEIPT : 252994

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 252994 |
| **Court Name:** | Richmond County Superior Court - Real Estate |
| **Document Type:** | Richmond Superior Court Real Estate Documents |
| **Copy Type:** | Certified |
| **Payment Date:** | 10/10/2025 4:00 PM |
| **Payment Method:** | Credit Card ending in 9845 |
| **Final Cost:** | $3.10 |
| **Authentication Code:** | PXBU2-Q1KAK-4GSU |

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 1 | $0.50 |
| CC Processing Fee | $0.10 | 1 | $0.10 |
| **Invoice Total** | | | **$3.10** |

---

Phone Support: 1-800-304-5174 Email Support: help@gsccca.org Web: eCert.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Single-Use Account Activation Receipt for Paul Krog
**Date:** Monday, October 13, 2025 10:25:15 AM

# GSCCCA Single-Use Account Activation Receipt for Paul Krog

Thank you for activating your GSCCCA Single-Use account. Please keep this email for your records.

- GSCCCA Account Number: 908582
- Amount: $5.00
- Date and Time: 10/13/2025 11:25:00 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.

Rachel G. Rice
Executive Director
http://www.gsccca.org

**From:** billing@gsccca.org
**To:** Paul J. Krog
**Subject:** GSCCCA Credit Card Transaction Notification
**Date:** Monday, October 13, 2025 11:46:11 PM

---

GSCCCA Credit Card Transaction Approved

Thank you for your credit card payment. Please keep this email for your records.

- Account Number: 908582
- Amount: $4.50
- Date and Time: 10/14/2025 12:45:59 AM

If you have questions about your account, please contact Customer Support via e-mail at help@gsccca.org or call 1-800-304-5174.