**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **WFG NATIONAL TITLE INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KIRKLAND FINANCIAL LLC,**<br><br>**Defendant.** | **Civil Action No. 1:24-cv-00158-JRH-BKE** |

## DECLARATION OF LUCAS D. BRADLEY

Lucas D. Bradley declares and states as follows from his own personal knowledge:

1. I am an adult, a member of the bar of Georgia, and of the bar of this court.

2. I am a partner in the law firm Bouhan Falligant LLP in Savannah, Georgia. I am a 2010 graduate of Duke University and a 2013 graduate of the University of Georgia School of Law, *summa cum laude*.

3. I regularly practice in state and federal courts within the Southern District of Georgia and previously served as a law clerk to the Hon. B. Avant Edenfield in the Southern District of Georgia in 2014. I am familiar with the legal fees customarily charged by attorneys in this area.

4. I have reviewed information on the Bulso PLC website (www.bulso.com) and in a Third Declaration of Paul Krog concerning the education, credentials, and experience of attorneys Paul Krog, Nicholas Tsiouvaras, and Nicholas Bartlett of the firm Bulso PLC. I have also reviewed an exhibit to Mr. Krog's Third Declaration

reflecting that he charged rates of $450 (in 2024) and $475 (in 2025 and 2026) in this matter and that Bulso PLC's other attorneys, who are associates, were billed at either $250 or $300.

5. I have, furthermore, reviewed the complaint and motion to dismiss filed in this matter, although I have not reviewed the entire record. I reviewed the complaint and motion to dismiss in order to ascertain the nature and general complexity of the action. In addition to reviewing these papers, I have communicated with the Defendant's attorneys in this matter.

6. I have also reviewed a sixteen-page "Exhibit 2" to Mr. Krog's Third Declaration consisting of various payment indicia and invoices.

7. It is my opinion that the rates charged by the Bulso PLC attorneys are reasonable for the Southern District of Georgia. In reaching that conclusion I have considered Georgia Rule of Professional Conduct 1.5(a)(3) and (7), as well as the nature of the case (as I understand it based on my conversations and the documents I have reviewed). I have not considered the other factors set out in Rule 1.5(a), as I do not have knowledge on which to form an opinion concerning them.

8. It is also my opinion that the non-attorney expenses reflected on the "Exhibit 2" documents are reasonable for the Southern District of Georgia. In stating this opinion, I express only the opinion that the fees reflected on the documents are in line with those charged in circumstances similar to those reflected on the face of the documents, and that expenses of those kinds are regularly and reasonably incurred in litigation in the Southern District of Georgia. I do not have a basis for opining, one

way or the other, on whether such expenses were necessary in this particular case and offer no opinion on that matter.

9. In reaching these opinions I have relied upon the documents provided to me and the other sources described in this declaration. I make no representation to have personal knowledge of, or to vouch for the accuracy of, the underlying facts or circumstances reflected in those sources.

I affirm and declare under penalty of perjury that the foregoing statements are true, on this day, October 8, 2026.

/s/ *Lucas D. Bradley*
Lucas D. Bradley

Respectfully submitted,

James J. Swartz, Jr. (BPR No. 694319)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: 404-885-1500
Facsimile: 404-892-7056
jswartz@seyfarth.com

s/ Paul J. Krog
Paul J. Krog (*pro hac vice*)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Telephone: 615-913-5191
Facsimile: 615-913-5150
pkrog@bulso.com
*Counsel for Kirkland Financial LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed through the Court's electronic-case-filing system, which is expected to effect service on the following via electronic means on this day, October 8, 2026:

Kelsey Grodzicki
Winter, Capriola Zenner LLC
3490 Piedmont Road NE
Suite 800
Atlanta, GA 30305
404-844-5673
krgodzicki@wczlaw.com
*Counsel for Plaintiff*

s/ Paul J. Krog
Paul J. Krog