**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **WFG NATIONAL TITLE INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KIRKLAND FINANCIAL LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE NO. 1:24-cv-00158-JRH-BKE** |

**LOCAL RULE 6 CONSENT MOTION FOR CLERK'S EXTENSION FOR PLAINTIFF TO RESPOND TO MOTION FOR ATTORNEYS FEES, EXPENSES, AND COSTS AND MEMORANDUM OF LAW IN SUPPORT THEREOF (Dkt. 50)**

The Plaintiff, WFG National Title Insurance Company, pursuant to Local Rule 6, submits this Consent Motion for Clerk's Extension requesting that the Plaintiff shall have through and until November 5, 2026, to respond to Kirkland Financial LLC's Motion for Attorneys Fees, Expenses, and Costs and Memorandum of Law in Support thereof (Dkt. 50). Plaintiff represents this is the first request for extension of this deadline, that it is not a deadline set by court order, and that this case has not been set for trial.

Submitted this 21st day of October 2026.

**Winter Capriola Zenner, LLC**

*/s/ J. Kelsey Grodzicki*
J. Kelsey Grodzicki
Georgia Bar No. 134259
One Ameris Center
3490 Piedmont Road NE, Suite 800
Atlanta, GA 30305
Telephone: (404) 844-5673
KGrodzicki@WCZlaw.com

*Counsel for WFG National Title Insurance Company*

Consented to by:

James J. Swartz, Jr. (BPR No. 694319)
**Seyfarth Shaw LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: 404-855-1500
Facsimile: 404-892-7056
jswartz@seyfarth.com

*/s/ Paul J. Krog*
Paul J. Krog (*pro hac vice*)
**BULSO PLC**
155 Franklin Road, Suite 400
Brentwood, TN 37027
Telephone: 615-913-5191
Facsimile: 615-913-5150
pkrog@bulso.com
*Counsel for Kirkland Financial LLC*
(By Kelsey Grodzicki, with express permission granted October 21, 2026)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ J. Kelsey Grodzicki*
J. Kelsey Grodzicki
Georgia Bar No. 134259
*Counsel for WFG National Title Insurance Company*