**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

WFG NATIONAL TITLE INSURANCE COMPANY,

Plaintiff,

v.

KIRKLAND FINANCIAL LLC,

Defendant.

CIVIL ACTION FILE
NO. 1:24-cv-00158-JRH-BKE

## CLERK'S ORDER EXTENDING TIME

Plaintiff WFG National Title Insurance Company ("WFG"), having moved for a Clerk's Extension of Time pursuant to Local Rule 6.1 of the Southern District of Georgia extending the time for Plaintiff to file its opposition to Defendant Kirkland Financial, LLC's ("Kirkland") Motion for Attorneys Fees, Expenses, and Costs and Memorandum of Law in Support thereof (Dkt. 50), this being Plaintiff's first request for such an extension, and the current time for Plaintiff to respond to the Kirkland's Motion for Attorneys Fees, Expenses, and Costs and Memorandum of Law in Support having not expired, and subject to all rights and defenses of all parties, none of which is waived, and the motion being consented to by all parties, the motion is GRANTED.

Plaintiff is hereby granted an extension of time within which to file its opposition to Kirkland's Motion for Attorneys Fees, Expenses, and Costs and Memorandum of Law in Support through and including November 5, 2026.

IT IS SO ORDERED this 21st day of October, 2026.

Deputy Clerk, U.S. District Court for the Southern District of Georgia