# United States District Court

## *Southern District of Georgia*

JOHN E. TRIPLETT
CLERK OF COURT

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA 30903

TELEPHONE (706)849-4400

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

D.C. Number 1:24-CV-158

U.S.C.A. Number

RE: WFH National Title Insurance Company, et al., v. Kirkland Financial, LLC

---

Enclosed are documents regarding an appeal in this matter.

- [X] Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed
- [X] First Notice of Appeal: [✓] Yes [ ] No
  Date of other ______
- [ ] Certified record on appeal consisting of:
  ____ Volume (s) of pleadings; ____ Volume (s) of transcripts;
  ____ Volume (s) of exhibits/deposition; ____ other: ______
- [X] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed):
- [X] The appellate docket fee has been paid: [✓] Yes [ ] No
  Date paid 10/26/2026
- [ ] Appellant has been ______ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)
- [X] The Judge appealed from is Judge J. Randal Hall
- [ ] The Court Reporter is ______
- [ ] This is an appeal of a bankruptcy order
  Bankruptcy Judge: ______
- [ ] This is a DEATH PENALTY appeal
- [ ] OTHER:

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT
U.S. DISTRICT COURT

BY: Tara H Burton
Deputy Clerk

DATE: 10/26/2026

cc: Joseph Kelsey Grodzicki
James J. Swartz, Jr.
Paul Krog